J. J. JOHNSON AND O. H. LYON, GUARDIAN FOR TAZWELL WHEELOCK, v. W. B. COPPERSMITH AND MARSHALL H. JONES, TRADING AS COPPERSMITH & COMPANY, AND ELIZABETH CITY IRON WORKS, A CORPORATION.

(Filed 17 March, 1937.)

APPEAL by defendants from *Barnhill, J.,* at October Term, 1936, of WASHINGTON. No error.

*W. L. Whitley and H. S. Ward for plaintiffs, appellees.*
*Zeb Vance Norman for defendants, appellants.*

PER CURIAM. This was an action to recover damages for the failure of the defendants to return certain logging equipment, in accordance with the terms of a consent judgment rendered in a previous suit between the parties, and also for damages for the deterioration of portions thereof which were returned. Upon issues submitted, the jury assessed plaintiffs' damages at $650.00.

The principal contention of defendants, appellants, was that by reason of a settlement with defendant Iron Works, plaintiffs should be held to have released their claim against defendants Coppersmith and Jones, but the value of the property affected by plaintiffs' adjustment of a separate controversy with the Iron Works was excluded from the consideration of the jury.

The appellants and the Iron Works were not joint tort-feasors, nor did the plaintiffs, by settlement of another and different claim with the latter, obtain satisfaction for the matters here litigated. *Mason v. Stephens,* 168 N. C., 370; *Slade v. Sherrod,* 175 N. C., 346; *Young v. Anderson,* 33 Idaho, 522, 50 A. L. R., 1056.

The controversy related chiefly to questions of fact which have been determined in favor of the plaintiffs. Upon the record, we find

No error.